# EXHIBIT 6

**Claim 1, U.S. Pat. No. 8,924,192**

| Claim Element | Evidence of Infringement |
|---|---|
| A system for **developing an application** for a mobile device comprising: | The Accused System (including HP LoadRunner, HP Performance Center, Shunra Network Virtualization, HP Network Virtualization engine, HP Network Virtualization for Mobile, HP Network Capture, and/or any Micro Focus products related to any of the foregoing) is a system for developing an application for a mobile device.<br><br>"HP LoadRunner and HP Performance Center with Shunra Network Virtualization<br><br>Improve the performance of **mobile apps** through effective **testing**…Shunra Network Virtualization, which integrates seamlessly into HP LoadRunner or Performance Center, enhances **test accuracy** by incorporating real-world network conditions into the load and performance test environment, ensuring that the **test results are more reliable and accurate**... The combination of HP LoadRunner or Performance Center and Shunra Network Virtualization is the path to robust, reliable, and accurate **mobile performance testing**."<br><br>**HP LoadRunner and HP Performance Center with Shunra Network Virtualization, Page 1-3, Ex. A.**<br><br>"Built on the HP Network Virtualization engine, HP Network Virtualization for Mobile bridges the gap between development and deployment by **enabling your mobile application development team** to fully and accurately assess the behavior and impact of the network on **mobile apps** before they are introduced to end users. By virtualizing real-world mobile network conditions within **testing environments**, your test results are more reliably predictive of how an **application** will behave for end users."<br><br>**HP Network Virtualization for Mobile, Page 2**, Ex. B.<br><br>The annotated image below illustrates the user interface for the LoadRunner platform, a system for developing an application for a mobile device. |

**Claim 1, U.S. Pat. No. 8,924,192**

| | |
|---|---|
| |  |
| a software authoring interface configured to simultaneously visually emulate, via one or more profile display windows, a plurality of network characteristics indicative of performance of the mobile device when executing the application; | The Accused System includes a software authoring interface **[e.g., the LoadRunner interface]** configured to simultaneously visually simulate, via one or more profile display windows **[e.g., the window highlighted in green in the annotated image below]**, a plurality of network characteristics **[e.g., communication technology such as 2.5G, 3.5G, WiFi, etc.]** indicative of performance of the mobile device when executing the application **[e.g., the communication technology corresponds to bandwidth availability indicative of performance]**. Communication technology options are shown in the highlighted green box in the annotated image below. |

**Claim 1, U.S. Pat. No. 8,924,192**

| | |
|---|---|
| | "HP Network Virtualization for Mobile allows tests to be managed and results analyzed from any laptop or Wi-Fi-connected mobile device. The software can import real-world mobile network profiles captured by HP Network Capture or provided by the HP Network Virtualization Library of mobile and broadband network conditions."<br><br>**HP Network Virtualization for Mobile, Page 2, Ex. B.**<br><br>"Because mobile network conditions are dynamic and vary by carrier, location, and time of day, it is essential for testing environments to accurately recreate multiple mobile network scenarios in order to analyze app performance and determine how network conditions affect different mobile users. The multi-flow capability in HP Network Virtualization for Mobile allows you to define a mobile test scenario that simultaneously emulates multiple user locations, each with its own unique set of virtualized mobile network conditions."<br><br>**HP Network Virtualization for Mobile, Page 4**, Ex. B.<br><br>As illustrated below, each of the communication technology options has a corresponding network profile, which include a plurality of network characteristics.<br><br>"Network Profiles . . . Profiles define the conditions for the test. They can be based on Shunra's™ Global Library recordings, or can be set manually. . . . The imported profiles are recordings of mobile conditions between two points. These recording files are stored in the Shunra Global Library which is a regularly updated, pre-populated set of more than 15 million recorded real-world data points of point-to-point network conditions recorded around the world. . . . You can manually define specific network conditions for an individual test and then save the Profile to be used in other tests.<br><br>To import a Profile:<br><br>1    In the Network Profiles tab the following general profiles are displayed (these profiles are already imported and do not require Internet access): |

Case 4:18-cv-00469-ALM Document 1-6 Filed 07/02/18 Page 5 of 13 PageID #: 203

| | Claim 1, U.S. Pat. No. 8,924,192 |
|---|---|
| | 3G: latency 75 ms, download 780 Kbps, upload 330 Kbps, packet loss 0%<br>Edge: latency 200 ms, download 100 Kbps, upload 100 Kbps, packet loss 0% LTE: latency 40ms, download 10,000 Kbps, upload 7500 Kbps, packet loss 0% DSL: latency 25ms, download 2000 Kbps, upload 256 Kbps, packet loss 0%<br>100% Loss: latency 0 ms, download 10000 Kbps, upload 10000 Kbps, packet loss 100%<br>Very Bad Network: latency 500 ms, download 1000 Kbps, upload 1000 Kbps, packet loss 10%"<br><br>**HP Network Virtualization for Mobile, Shunra vCat for Mobile Manual, Pages 19-20, Ex. C.**<br><br>"HP Network Virtualization for Mobile is the only network virtualization solution designed specifically for the unique requirements of mobile app testing. Based on technology acquired from Shunra, this field-proven HP solution reduces the risk of poor mobile performance and helps your organization test, validate, and optimize the performance of your mobile apps before deployment."<br><br>**HP Network Virtualization for Mobile, Page 1, Ex. B.**<br><br>"Built on the HP Network Virtualization engine, HP Network Virtualization for Mobile bridges the gap between development and deployment by enabling your mobile application development team to fully and accurately assess the behavior and impact of the network on mobile apps before they are introduced to end users. By virtualizing real-world mobile network conditions within testing environments, your test results are more reliably predictive of how an application will behave for end users."<br>**HP Network Virtualization for Mobile, Page 2, Ex. B.** |

**Claim 1, U.S. Pat. No. 8,924,192**

| | |
|---|---|
| wherein the network characteristics are based on data of interaction with networks in non-simulated environments. | "Network Profiles . . . Profiles define the conditions for the test. They can be based on Shunra's™ Global Library recordings, or can be set manually. . . . The imported profiles are recordings of mobile conditions between two points. These recording files are stored in the Shunra Global Library which is a regularly updated, pre-populated set of more than 15 million recorded real-world data points of point-to-point network conditions recorded around the world. . . . You can manually define specific network conditions for an individual test and then save the Profile to be used in other tests."<br><br>**HP Network Virtualization for Mobile, Shunra vCat for Mobile Manual, Page 19, Ex. C.**<br><br>Network Virtualization Network Performance Testing<br><br>Capture and emulate real-world network conditions, so you can execute network performance testing to detect and remediate issues before app deployment.<br><br>Discover and capture<br><br>Discover and capture live network performance conditions—such as latency, packet loss, bandwidth limitation and jitter—and recreate those conditions for network performance testing." |

Claim 1, U.S. Pat. No. 8,924,192

| | |
|---|---|
| | **Micro Focus Network Virtualization Website, available at https://software.microfocus.com/en-us/products/network-virtualization-for-load-testing/overview**<br><br>"Network Virtualization software allows you to discover and capture real-world network performance conditions from your production network, recreate network conditions in your lab during application testing, and optimize the applications to improve performance before you deploy into production."<br><br>**Micro Focus Network Virtualization Data Sheet, Page 1, Ex. D.**<br><br>"Use Network Capture to record and identify application performance problems occurring at a remote location, by measuring network conditions such as latency, packet loss, bandwidth availability across any given network topology. Network Capture can measure production links around the globe for a duration of up to one month."<br><br>**HP Network Capture User Guide, Page 6, Ex. E.**<br><br>"HP LoadRunner and HP Performance Center mobile testing protocols enable comprehensive performance testing of mobile applications for most mobile platforms—Android, iPhone®, Windows®, and others. Using the mobile protocols, the performance testing team is able to capture mobile traffic and generate realistic mobile load on the system under test.<br><br>Features and benefits<br><br>Shunra Network Virtualization enables an effective engineering methodology for application performance, providing the capabilities to discover real-world network conditions, virtualize those conditions in the test environment, analyze test results to isolate potential bottlenecks, and automatically deliver custom performance optimization recommendations. It provides:<br><br>NetworkCatcher: The ability to automatically gather real-world network conditions, collecting interval statistics that include bidirectional bandwidth, latency, jitter, and packet loss conditions.<br><br>Global Library: Access to Shunra's Global Library of mobile and broadband conditions provides up-to-date average, best-case, and worst-case network conditions from thousands of cities worldwide."<br><br>**HP LoadRunner and HP Performance Center with Shunra Network Virtualization, Page 1-3, Ex. A.** |

Claim 2, U.S. Pat. No. 8,924,192

| Claim Element | Evidence of Infringement |
|---|---|
| The system of claim 1, wherein the software authoring interface is configured to enable a user to select from one or more connection simulations for testing how well mobile content performs on the mobile device. | The software is further configured to enable a user to select from one or more network conditions for testing the mobile application.<br><br>"In the Connection Properties, define the Technology, Carrier and Time of day.<br><br>**Note:** The Technology and Carrier are related to the Client Location.<br><br>Select the forward arrows and choose one of the Communication quality options. If a WiFi connection was selected, select the required bandwidth."<br><br>**HP Network Virtualization for Mobile, Shunra vCat for Mobile Manual, Page 20-21, Ex. C.**<br><br>"Because mobile network conditions are dynamic and vary by carrier, location, and time of day, it is |

**Claim 2, U.S. Pat. No. 8,924,192**

| | |
|---|---|
| | essential for testing environments to accurately recreate multiple mobile network scenarios in order to analyze app performance and determine how network conditions affect different mobile users. The multi-flow capability in HP Network Virtualization for Mobile allows you to define a mobile test scenario that simultaneously emulates multiple user locations, each with its own unique set of virtualized mobile network conditions."<br><br>**HP Network Virtualization for Mobile, Page 4, Ex. B.**<br><br>"Micro Focus Network Virtualization Network Performance Testing<br><br>Capture and emulate real-world network conditions, so you can execute network performance testing to detect and remediate issues before app deployment.<br><br>Discover and capture<br><br>Discover and capture live network performance conditions—such as latency, packet loss, bandwidth limitation and jitter—and recreate those conditions for network performance testing."<br><br>**Micro Focus Corporate Website, available at https://software.microfocus.com/en-us/products/network-virtualization-for-load-testing/overview.**<br><br>"Network Virtualization software allows you to discover and capture real-world network performance conditions from your production network, recreate network conditions in your lab during application testing, and optimize the applications to improve performance before you deploy into production."<br><br>**Micro Focus Network Virtualization Data Sheet, Page 1, Ex. D.**<br><br>"Network Profiles<br><br>Profiles define the conditions for the test. They can be based on Shunra's™ Global Library recordings, or can be set manually. |

**Claim 2, U.S. Pat. No. 8,924,192**

| | |
|---|---|
| | The imported profiles are recordings of mobile conditions between two points. These recording files are stored in the Shunra Global Library which is a regularly updated, pre-populated set of more than 15 million recorded real-world data points of point-to-point network conditions recorded around the world."<br><br>**HP Network Virtualization for Mobile, Shunra vCat for Mobile Manual, Page 19, Ex. C.**<br><br>"Use Network Capture to record and identify application performance problems occurring at a remote location, by measuring network conditions such as latency, packet loss, bandwidth availability across any given network topology. Network Capture can measure production links around the globe for a duration of up to one month."<br><br>**HP Network Capture User Guide, Page 6, Ex. E.**<br><br>"HP LoadRunner and HP Performance Center mobile testing protocols enable comprehensive performance testing of mobile applications for most mobile platforms—Android, iPhone®, Windows®, and others. Using the mobile protocols, the performance testing team is able to capture mobile traffic and generate realistic mobile load on the system under test.<br><br>Features and benefits…<br><br>Shunra Network Virtualization enables an effective engineering methodology for application performance, providing the capabilities to discover real-world network conditions, virtualize those conditions in the test environment, analyze test results to isolate potential bottlenecks, and automatically deliver custom performance optimization recommendations. It provides:<br><br>NetworkCatcher: The ability to automatically gather real-world network conditions, collecting interval statistics that include bidirectional bandwidth, latency, jitter, and packet loss conditions<br><br>Global Library: Access to Shunra's Global Library of mobile and broadband conditions provides up- to-date average, best-case, and worst-case network conditions from thousands of cities worldwide." |

Claim 3, U.S. Pat. No. 8,924,192

| Claim Element | Evidence of Infringement |
|---|---|
| The system of claim 2, wherein the one or more connection simulations are configured to simulate wireless transmission of content to the mobile device based on the selected connection simulation. | **HP LoadRunner and HP Performance Center with Shunra Network Virtualization, Page 2-3, Ex. A.** The software is further configured to enable a user to select from one or more network conditions for testing the mobile application.<br><br>"In the Connection Properties, define the Technology, Carrier and Time of day.<br><br>    **Note:** The Technology and Carrier are related to the Client Location.<br><br>Select the forward arrows and choose one of the Communication quality options. If a WiFi connection was selected, select the required bandwidth."<br><br>**HP Network Virtualization for Mobile, Shunra vCat for Mobile Manual, Page 20-21, Ex. C.** |

**Claim 3, U.S. Pat. No. 8,924,192**

|  | |
|---|---|
| | "Because mobile network conditions are dynamic and vary by carrier, location, and time of day, it is essential for testing environments to accurately recreate multiple mobile network scenarios in order to analyze app performance and determine how network conditions affect different mobile users. The multi-flow capability in HP Network Virtualization for Mobile allows you to define a mobile test scenario that simultaneously emulates multiple user locations, each with its own unique set of virtualized mobile network conditions." <br><br> **HP Network Virtualization for Mobile, Page 4, Ex. B.** <br><br> "Micro Focus Network Virtualization Network Performance Testing <br><br> Capture and emulate real-world network conditions, so you can execute network performance testing to detect and remediate issues before app deployment. <br><br> Discover and capture <br><br> Discover and capture live network performance conditions—such as latency, packet loss, bandwidth limitation and jitter—and recreate those conditions for network performance testing." <br><br> Micro Focus Corporate Website, available at https://software.microfocus.com/en-us/products/network-virtualization-for-load-testing/overview. <br><br> "Network Virtualization software allows you to discover and capture real-world network performance conditions from your production network, recreate network conditions in your lab during application testing, and optimize the applications to improve performance before you deploy into production." <br><br> **Micro Focus Network Virtualization Data Sheet, Page 1, Ex. D.** |

Claim 3, U.S. Pat. No. 8,924,192

| | |
|---|---|
| | The imported profiles are recordings of mobile conditions between two points. These recording files are stored in the Shunra Global Library which is a regularly updated, pre-populated set of more than 15 million recorded real-world data points of point-to-point network conditions recorded around the world."<br><br>**HP Network Virtualization for Mobile, Shunra vCat for Mobile Manual, Page 19, Ex. C.**<br><br>"Use Network Capture to record and identify application performance problems occurring at a remote location, by measuring network conditions such as latency, packet loss, bandwidth availability across any given network topology. Network Capture can measure production links around the globe for a duration of up to one month."<br><br>**HP Network Capture User Guide, Page 6, Ex. E.**<br><br>"HP LoadRunner and HP Performance Center mobile testing protocols enable comprehensive performance testing of mobile applications for most mobile platforms—Android, iPhone®, Windows®, and others. Using the mobile protocols, the performance testing team is able to capture mobile traffic and generate realistic mobile load on the system under test.<br><br>Features and benefits…<br><br>Shunra Network Virtualization enables an effective engineering methodology for application performance, providing the capabilities to discover real-world network conditions, virtualize those conditions in the test environment, analyze test results to isolate potential bottlenecks, and automatically deliver custom performance optimization recommendations. It provides:<br><br>NetworkCatcher: The ability to automatically gather real-world network conditions, collecting interval statistics that include bidirectional bandwidth, latency, jitter, and packet loss conditions<br><br>Global Library: Access to Shunra's Global Library of mobile and broadband conditions provides up- to-date average, best-case, and worst-case network conditions from thousands of cities worldwide."<br>**HP LoadRunner and HP Performance Center with Shunra Network Virtualization, Page 2-3, Ex. A.** |