IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiff <br><br> v. <br><br> MICRO FOCUS INTERNATIONAL PLC, <br><br> Defendant | Civil Action No.: 4:18-cv-469 <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP. state that they have no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: July 2, 2018

Respectfully Submitted,

*/s/ Jeffrey G. Toler*
Jeffrey G. Toler
Texas State Bar No. 24011201
jtoler@tlgiplaw.com

Aakash S. Parekh
Texas State Bar No. 24059133
aparekh@tlgiplaw.com

1

TOLER LAW GROUP, PC
8500 Bluffstone Cove, Suite A201
Austin, Texas 78759
Tel. (512) 327-5515
Fax (512) 327-5575

**ATTORNEYS FOR PLAINTIFFS**
**WAPP TECH LIMITED PARTNERSHIP AND**
**WAPP TECH CORP.**