# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> MICRO FOCUS INTERNATIONAL PLC, <br><br> Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' UNOPPOSED MOTION TO SEAL

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively, "Wapp") respectfully request that the Court permit them to file Plaintiffs' Post-Jurisdictional Discovery Opposition to Defendant's Motion to Dismiss and in Support of the Amending Of Plaintiffs' Complaint and accompanying exhibits under seal. Wapp's filing relies on and discloses confidential information designated and produced by Defendant Micro Focus International plc ("Micro Focus") concerning its business operations, etc.

Accordingly, Wapp respectfully requests that this Court grant leave to seal Plaintiffs' Post-Jurisdictional Discovery Opposition to Defendant's Motion to Dismiss and in Support of the Amending Of Plaintiffs' Complaint and accompanying exhibits to be sealed in their entirety. Wapp will file redacted versions of each document publicly.

Dated: March 8, 2019

        TOLER LAW GROUP, PC

        /*s/ Jeffrey G. Toler*
        Jeffrey G. Toler
        Texas State Bar No. 24011201
        Aakash S. Parekh
        Texas State Bar No. 24059133
        Benjamin R. Johnson
        Texas State Bar No. 24065495
        TOLER LAW GROUP, PC
        8500 Bluffstone Cove, Suite A201
        Austin, TX 78759
        (512) 327-5515
        jtoler@tlgiplaw.com
        aparekh@tlgiplaw.com
        bjohnson@tlgiplaw.com

        DEVLIN LAW FIRM LLC

        Timothy Devlin
        Henrik D. Parker
        1306 N. Broom Street, 1st Floor
        Wilmington, DE 19806
        (302) 449-9010
        tdevlin@devlinlawfirm.com
        hparker@devlinlawfirm.com

        ATTORNEYS FOR PLAINTIFFS
        WAPP TECH LIMITED PARTNERSHIP
        AND WAPP TECH CORP.

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

>*/s/ Jeffrey G. Toler*
>Jeffrey G. Toler

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). On March 7, 2019, counsel for Plaintiff conferred by email with counsel for Defendant regarding foregoing motion. Defendant does not oppose such motion.

>*/s/ Henrik D. Parker*
>Henrik D. Parker