UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br>     Plaintiffs, <br> v. <br><br> SEATTLE SPINCO INC., ENTIT SOFTWARE LLC, ENTCO INTERACTIVE (ISRAEL) LTD, ENTCO GOVERNMENT SOFTWARE LLC, and MICRO FOCUS (US) INC., <br>     Defendants. | Civil Action No.: 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW ATTORNEY BENJAMIN R. JOHNSON**

Benjamin R. Johnson, counsel for Wapp Tech Limited Partnership and Wapp Tech Corp. ("Plaintiffs") in the above-entitled and numbered civil action, moves to withdraw as counsel of record for Plaintiffs. The reason for the requested withdrawal is an employment change for Benjamin R. Johnson. This motion is sought by and on behalf of Plaintiffs and is not for the purpose of delay.

Dated:  October 2, 2019                      Respectfully submitted,

                                                       */s/ Benjamin R. Johnson*
                                                       Benjamin R. Johnson
                                                       Texas State Bar No. 24065495
                                                       TOLER LAW GROUP, PC
                                                       8500 Bluffstone Cove
                                                       Suite A201
                                                       Austin, Texas 78759
                                                       Tel: (512) 327-5515
                                                       Fax: (512) 327-5575

## **CERTIFICATE OF CONFERENCE**

Plaintiff states that (1) counsel has complied with the meet and confer requirements of Local Rule CV-7, and (2) that counsel for the Defendant has stated that they do not oppose this motion.

/s/Benjamin R. Johnson
Benjamin R. Johnson

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 2, 2019.

>                    */s/Benjamin R. Johnson*
>                    Benjamin R. Johnson