# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP,<br><br>   Plaintiffs,<br><br>   v.<br><br>MICRO FOCUS INTERNATIONAL PLC,<br><br>   Defendant. | Civil Action No. 4:18-cv-00469-ALM<br><br>**JURY TRIAL DEMANDED** |

# ORDER

Upon consideration of the parties' Joint Motion to Amend Jurisdictional Discovery Schedule, it is hereby **ORDERED** that:

Pending the resolution of the Motion for Protective Order Regarding Jurisdictional Discovery ("Motion for Protective Order") filed by Micro Focus International plc on January 16, 2019 (Dkt. No. 18), the deadlines established in Dkt. No. 17 for (1) any deposition to take place in connection with the jurisdictional discovery ordered by this Court, and (2) to supplement or amend the pleadings, are hereby continued.  The Court will re-set these deadlines as appropriate based on its ruling with respect to the Motion for Protective Order, as well as set a reasonable deadline preceding those deadlines for Micro Focus International plc to complete its response to the written jurisdictional discovery should the Court deny the Motion for Protective Order.

: