IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC. ET AL., <br><br> Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION TO SEAL**

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively, "Wapp") respectfully request that the Court permit them to file Exhibits 1, 5, 6, and 8 to Plaintiffs' Opposition to Defendants' Motion to Strike under seal. Wapp's filing relies on and discloses confidential information designated and produced by Defendants concerning confidential technical information and business operations.

Accordingly, Wapp respectfully requests that this Court grant leave to seal in its entirety Exhibit 1 and to file redacted versions of Exhibits 5, 6, and 8 to Plaintiffs' Opposition to Defendants' Motion to Strike.

Dated: November 6, 2020

*/s/ Clyde M. Siebman*
Clyde M. Siebman
TX Bar No. 18341600
**Siebman, Forrest, Burg & Smith LLP**
Federal Courthouse Square
300 North Travis St.
Sherman, TX 75090
903/870-0070 Fax: 903/870-0066
clydesiebman@siebman.com

Deron R. Dacus
TX Bar No. 00790553
ddacus@dacusfirm.com

**THE DACUS FIRM, PC**
821 ESE LOOP 323, Suite 430
Tyler, TX 75701
902/705-1117 Fax: 903/581-2543

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@feinday.com
M. Elizabeth Day
CA Bar No. 177125 (Admitted E.D.Texas)
eday@feinday.com
David Alberti CA Bar No. 220625(*pro hac vice*)
dalberti@feinday.com
Sal Lim CA Bar No. 211836 (*pro hac vice*)
slim@feinday.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@feinday.com
Marc C. Belloli
CA Bar No. 244290 (*pro hac vice*)
mbelloli@feinday.com
Sven Raz
CA Bar No. 222262 (*pro hac vice*)
sraz@feinday.com
Andrew Hamill (Admitted E.D. Texas)
CA Bar No. 251156
ahamill@feinday.com
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Boulevard, Suite 250
Burlingame, California 94101
Telephone: (650) 514-2747
Facsimile: (650) 618-4368

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being served via the Court's CM/ECF system on November 6, 2020 on all counsel of record who have consented to electronic service.

/s/ *Clyde M. Siebman*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on November 6, 2020, counsel for Plaintiff attempted to confer by email with counsel for Defendant regarding the foregoing motion. Counsel did not reply as of the time of this filing.  Plaintiffs will update the Court if they are opposed.

/s/ *Clyde M. Siebman*