IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP \|and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC. ET AL., <br><br> Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**

Before the Court is Plaintiffs' Motion to Seal Exhibits 1, 5, 6, and 8 to Plaintiffs' Opposition to Defendants' Motion to Strike.

After considering the Motion and the relief requested herein, the Court finds that the Motion should be and hereby is GRANTED.