# Exhibit 3



1936 University Ave., Suite 350
Berkeley, CA 94704
Office: (510) 944-0187

Robert M. Harkins
Partner

September 27, 2020

L. Rex Sears
Maschoff Brennan
111 South Main Street, Suite 600
Salt Lake City, Utah 84111

Barry K. Shelton
Shelton Coburn LLP
311 RR 620 S, Suite 205
Austin, Texas 78734-4775

**Via Email - RSears@mabr.com; bshelton@sheltoncoburn.com**

Re:   *Wapp Tech Limited Partnership and Wapp Tech Corp. v. Seattle Spinco, Inc., et al.*, **4:18-cv-00469-ALM**;
*Wapp Tech Limited Partnership and Wapp Tech Corp. v. Bank of America Corp.*, **4:18-cv-00519-ALM**; and
*Wapp Tech Limited Partnership and Wapp Tech Corp. v. Wells Fargo & Company*, **4:18-cv-00501-ALM**

Counsel,

Wapp is in receipt of Micro Focus's scant September 23 production consisting primarily of LoadRunner Installation Guides. The seven documents produced do not address the litany of deficiencies in Micro Focus's document production that Wapp outlined in its August 12 and 19 letters. Wapp has patiently sent letter after letter requesting that Micro Focus meet its discovery obligations. However, Micro Focus's continued failure has unnecessarily delayed Wapp from scheduling remaining depositions. We need to receive all documents this week and schedule depositions for the following week.

As one example, the long list of Bates numbers you sent have, to our best understanding, includes none of the material we have been requesting as to client pitches, requests for information and/or requests for quotes and responses thereto, or any other direct client interactions where Micro Focus discusses the value proposition of the Accused Instrumentalities.

We also take issue with your statements that Micro Focus unilaterally decided to curtail its own production and instead provided only a sampling without telling us it was doing that, or how Micro Focus went about doing the sampling, and without moving for a protective order with the Court on the basis that the relevant document set was too large.  Micro Focus's actions violate the local rules of the Court, and we demand that you provide **all** relevant documents immediately and not just a self-selected sampling.

September 27, 2020<br>Page 2

Please let us know when on Monday or Tuesday you are available for a meet and confer to determine if we need to involve the Court to receive this relevant information.

In an effort to speed up the process, Wapp, again asks for the information from the prior letters it has not received.  We also have found additional issues with and deficiencies in Micro Focus's production. Please review the following issues and (1) confirm that these documents are being collected and not withheld, and (2) let us know when we can expect to receive them:

1. Wapp has identified various financial data for Micro Focus ADM segment (various years).  These data include ADM revenue, COGs and Margins. Additionally, Wapp has identified Excel filename MFDEFS00160452.  MFDEFS00160452 is spreadsheet that has numerous internal links to other data sources and/or databases (of which we do not seem to have access) and identifies "Expenses" and "Revenue" for business units such as Mobile, Application Release Management (ARM), etc. for Fiscal 2018 and 2019 forecasted.  These totals appear to be business unit totals.
    a) Please produce the product specific data underlying these documents.  For example, Wapp has been unable to find detailed data pertaining to COGs, expenses, margins, etc. separated by accused product.
    b) Additionally, MFDEFS00160452 identifies tabs referencing underlying data sources including "Delk Dataset" and "EoR Dataset." Please produce this.
    c) Please also produce all data pertaining to other fiscal years.

2. Actual sales data, by accused product, for Fiscal Years 2019 and 2020.

3. Please produce underlying sales databases or data sources which track revenue, COGs, margins, profits, etc. by specific Micro Focus products including the following:

    a) ALM Center
    b) ALM Classic and Octane
    c) Application Lifecycle Management
    d) AppPulse Active
    e) AppPulse Mobile
    f) AppPulse Trace
    g) Functional Testing
    h) Functional Testing Center
    i) Functional Testing FlexCare Support
    j) LeanFT
    k) LoadRunner
    l) Mobile
    m) Mobile Center
    n) Mobile Testing – Perfecto
    o) Network Virtualization
    p) Network Virtualization for LoadRunner
    q) Network Virtualization for Perf Center

September 27, 2020
Page 3

    r) Perfecto
    s) Performance Center
    t) Performance Center Global Products
    u) QC Enterprise
    v) QC Requirements
    w) Quality Center
    x) Quality Center Express
    y) Quality Center Term Products
    z) Row Labels
    aa) Silk Performance Manager
    bb) SilkPerformer
    cc) SilkPerformer Cloudburst
    dd) Stormrunner Load
    ee) UFT

4. The following Bates Numbered Documents are Excel Files and we request to receive the native format documents for these:

    a) MFDEFS00154417 (Jan 2018);
    b) MFDEFS00160975 (Feb 2018);
    c) MFDEFS00154418 (Mar 2018);
    d) MFDEFS00155734 (Apr 2018);
    e) MFDEFS00161028 (May 2018);
    f) MFDEFS00161027 (Jun 2018);
    g) MFDEFS00161026 (Jul 2018);
    h) MFDEFS00154416 (Aug 2018);
    i) MFDEFS00154421 (Sep 2018);
    j) MFDEFS00154420 (Oct 2018);
    k) MFDEFS00161029 (Nov 2017);
    l) MFDEFS00154415 (Dec 2017).

5. MFDEFS00154139 has numerous internal links to other sources data sources and/or databases of which Wapp does not seem to have access. Please produce underlying sources and/or databases.

Regards,

Robert M. Harkins
Partner
RuyakCherian LLC