# EXHIBIT 4

| | |
|---|---|
| **Subject:** | Wapp v. Micro Focus, BofA, Wells Fargo: Follow up from October 8 meet and confer |
| **Date:** | Wednesday, October 21, 2020 at 11:54:43 AM Pacific Daylight Time |
| **From:** | Elizabeth Day |
| **To:** | L. Rex Sears, Alexis Juergens |
| **CC:** | FDALB-Wapp, Clyde Siebman, Deron Dacus |
| **Attachments:** | 20 customers AEO_Micro Focus.docx |

Mr. Sears:

I am writing to follow up regarding the October 8 meet and confer held with Wapp's prior counsel.  It is my understanding that Micro Focus agreed to produce RFI/RFQ/PRD/SOW and other customer-specific communications and marketing/sales information if Wapp presented a shorter list of Micro Focus customers.  Attached please find a list of 20 Micro Focus customers to assist with your collection and production of information.

If there are outstanding issues, we can discuss them during Friday's meet and confer call.

Thanks.
Elizabeth

**Elizabeth Day**
**Feinberg Day Kramer Alberti**
**Lim Tonkovich & Belloli LLP**
577 Airport Boulevard, Suite 250
Burlingame, California 94010
T: 650.825.4300, ext. 102
M. 650.464.8501
eday@feinday.com