# EXHIBIT 7

```
                                                                          1
 1                    UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF TEXAS
 2                          SHERMAN DIVISION

 3   WAPP TECHNOLOGY LTD              :      DOCKET NO. 4:18CV469
                                      :
 4   VS.                              :      SHERMAN, TEXAS
                                      :      AUGUST 10, 2020
 5   MICRO FOCUS INTERNATIONAL        :      2:00 P.M.

 6   WAPP TECHNOLOGY LTC              :
                                      :
 7   VS.                              :      DOCKET NO. 4:18CV501
                                      :
 8   WELLS FARGO                      :

 9   WAPP TECHNOLOGY LTD              :
                                      :
10   VS.                              :      DOCKET NO. 4:18CV519
                                      :
11   BANK OF AMERICA                  :

12                       TELEPHONE CONFERENCE
                 BEFORE THE HONORABLE AMOS L. MAZZANT,
13                  UNITED STATES DISTRICT JUDGE

14   APPEARANCES (BY TELEPHONE):

15   FOR THE PLAINTIFF:          MR. ROBERT M. HARKINS, JR.
                                 RUYAK CHERIAN LLP
16                               1936 UNIVERSITY, SUITE 350
                                 BERKELEY, CA  94704
17
                                 MR. JAMES MARK MANN
18                               MANN TINDEL & THOMPSON
                                 300 W. MAIN
19                               HENDERSON, TX  75652

20                               MR. CLYDE MOODY SIEBMAN
                                 MR. KIRTE KINSER
21                               SIEBMAN FORREST BURG & SMITH
                                 300 N. TRAVIS
22                               SHERMAN, TX  75090

23
     FOR DEFENDANTS:             MR. L. REX SEARS
24                               MS. ALEXIS K. JUERGENS
                                 MASCHOFF BRENNAN
25                               111 S. MAIN, SUITE 600
                                 SALT LAKE CITY, UT  84111
```

```
                                                                    2
 1                                     MR. BARRY KENNETH SHELTON
                                       MR. BRADLEY DALTON COBURN
 2                                     SHELTON COBURN
                                       311 RR 620 SOUTH, SUITE 205
 3                                     AUSTIN, TX   78734

 4
     COURT REPORTER:                   MS. JAN MASON
 5                                     OFFICIAL REPORTER
                                       101 E. PECAN #110
 6                                     SHERMAN, TEXAS   75090

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  PROCEEDINGS REPORTED BY MECHANICAL STENOGRAPHY, TRANSCRIPT

25  PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
```

12

1   the topics for the 30(b)(6), it just makes sense to go ahead
2   and proceed and do one deposition.
3        Mr. Siebman, what's the other issue?
4            MR. SIEBMAN:  The other issue, Your Honor, has to do
5   with the issue of source code.  Previously Micro Focus told us,
6   and in fact, they included this in filings with the Court,
7   representations that they had provided the source code on the
8   products in question as early as last December.  But they've
9   now indicated that they haven't given us all the source code
10  for all the accused products.
11       And in fact, when you compare the source code that they
12  have provided to their interrogatory answers, they've
13  identified 29 products in their interrogatories.  Twenty-two
14  of those we have no source code on.  So they've identified
15  22 products, and with respect -- they've identified 29
16  products, and with respect to 22 of those products that
17  they've identified in their interrogatories, we have yet to
18  receive the code.
19       So all we're asking is that we be given all the
20  relevant source code for all the products now so that we can
21  complete the review process without further delay.
22       And we're looking for -- we're not looking for a
23  sampling of source code.  What we're looking for is all the
24  relevant source code.
25       Also with respect to the bank Defendants, the

```
                                                                    24
 1           MR. SEARS:  Thank you.
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20   I certify that the foregoing is a correct transcript from
21   the record of proceedings in the above-entitled matter.
22
23   _____           _____
     Jan Mason                        Date
24
25
```