# EXHIBIT 8

REDACTED VERSION

OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| Subject: | RE: Wapp Tech v. Micro Focus [MB-CLIENTFILES.FID442135] |
| Date: | Thursday, October 22, 2020 at 12:11:55 PM Pacific Daylight Time |
| From: | Jared Braithwaite |
| To: | Andrew Hamill |
| CC: | L. Rex Sears, Alexis Juergens, Aditi Rijhsinghani, FDALB-Wapp, Melissa Smith, Barry Shelton, Bradley Coburn |
| Attachments: | image001.png |

Andrew:

I believe the "recent" source code production you are referring to is Micro Focus' voluntary supplement to provide a couple of updates to the source code for "service packs" or more recent releases of source code for those products that already have had multiple versions of source code available on the source code review machine. That supplement was made available as of October 5, 2020, and we provided notice to WAPP's prior counsel regarding the supplement and its nature at least by our October 7, 2020 meet-and-confer.

The supplemental source code files are in the same directory as all the other source code, "C:\SourceCode\" and comprise the following compressed archives as well as decompressions of those files in subfolders of the same or similar name.



**Jared J. Braithwaite**
Registered Patent Attorney

**Maschoff Brennan**

(435) 252-1360  |  jbraithwaite@mabr.com

**From:** Andrew Hamill <ahamill@feinday.com>
**Sent:** Wednesday, October 21, 2020 3:19 PM
**To:** Jared Braithwaite <JBraithwaite@mabr.com>
**Cc:** L. Rex Sears <RSears@mabr.com>; Alexis Juergens <AJuergens@mabr.com>; Aditi Rijhsinghani <ARijhsinghani@mabr.com>; FDALB-Wapp <FDALB-Wapp@feinday.com>
**Subject:** Re: Wapp Tech v. Micro Focus [MB-CLIENTFILES.FID442135]

Jared:

Thank you for confirming the inspection dates. Please also provide the name of the folder(s) where the recent source code production is located on the review computer.

Andrew

**Andrew Hamill**
**Feinberg Day Kramer**
**Alberti Lim Tonkovich & Belloli**
577 Airport Boulevard, Suite 250
Burlingame, CA 94010
Tel: 650.825.4300 x124
Mobile: 415.350.1350
ahamill@feinday.com

> On Oct 21, 2020, at 9:27 AM, Jared Braithwaite <JBraithwaite@mabr.com> wrote:
>
> Andrew:
>
> Please be aware that the protective order in this case requires 5-days' notice for source code inspections. Nevertheless, those inspection dates are fine.
>
> ## Jared J. Braithwaite
> Registered Patent Attorney
>
> <image002.png>
>
> (435) 252-1360  |  jbraithwaite@mabr.com
>
> ---
>
> **From:** Andrew Hamill <ahamill@feinday.com>
> **Sent:** Tuesday, October 20, 2020 2:45 PM
> **To:** L. Rex Sears <RSears@mabr.com>; Jared Braithwaite <JBraithwaite@mabr.com>; Alexis Juergens <AJuergens@mabr.com>
> **Cc:** FDALB-Wapp <FDALB-Wapp@feinday.com>

**Subject:** Wapp Tech v. Micro Focus

Counsel:

We write to schedule Wapp's source code consultant, Matt McKune, to review the source code hosted at your offices in Irvine. We'd like to arrange for two days of review on Friday Oct. 23 and Mon. Oct. 26. Please confirm that Mr. McKune can access the source code computer on these dates.

We understand that Micro Focus made a recent source code production in the last two weeks. Please let us know the names of the folders on the source code review computer where this production is located.

Regards,
Andrew

**Andrew Hamill**
**Feinberg Day Kramer**
**Alberti Lim Tonkovich & Belloli**
577 Airport Boulevard, Suite 250
Burlingame, CA 94010
Tel: 650.460.7528
Mobile: 415.350.1350
ahamill@feinday.com