IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br>Plaintiffs, <br><br>v. <br><br>SEATTLE SPINCO, INC. ET AL., <br><br>Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STRIKE SECOND UPDATED INFRINGEMENT CONTENTIONS

Before the Court is Defendants' Motion to Strike Second Updated Infringement Contentions ("Motion") [Dkt. No. 237].

Having considered Defendants' Motion, Plaintiffs' response thereto, and any replies and sur-replies, the Court is of the opinion that the Motion should be and hereby is **DENIED**.