## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

WAPP TECH LIMITED PARTNERSHIP
and WAPP TECH CORP.,

       Plaintiffs,

    v.

SEATTLE SPINCO, INC. ET AL.,

       Defendants.

C.A. No. 4:18-cv-00469-ALM

JURY TRIAL DEMANDED

## JOINT MOTION FOR ENTRY OF ORDER RE PLAINTIFFS' THIRD UPDATED INFRINGEMENT CONTENTIONS AND MOTION TO STRIKE SECOND UPDATED INFRINGEMENT CONTENTIONS

The parties in the above-captioned case, by and through counsel, file this Joint Motion for entry of an Order to permit Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively, "Wapp") to serve Third Updated Infringement Contentions ("TUIC"), and to moot Defendants' Motions to Strike the Second Updated Contentions. (ECF 237 in Case No. 4:18-cv-00469-ALM).

Wapp served a version of its TUIC on defendants on November 9, 2020.  Seattle Spinco, Inc., EntIT Software, LLC, EntCO Interactive (Israel) Ltd., Entco Government Software, LLC, and Micro Focus (US) Inc. (collectively, "Defendants") do not oppose leave to serve the TUIC rendering them the operable infringement contentions in the case.  The parties thus jointly move the Court to order:

1.      The TUIC are permitted to be served as the operative contentions in this case, superseding any prior infringement contentions.

2.      Defendants' Motion to Strike the Second Updated Contentions are moot. ECF 237 in Case No. 4:18-cv-00469-ALM.

3.      The TUIC will be Wapp's final infringement contentions in this case setting forth its infringement theory that will be in its expert reports.  Wapp's expert report will not set forth new infringement theories that are not in the TUIC.

4.      Wapp's P.R. 3-1(b) disclosure of accused products is set forth in the captioned cover pleading of the TUIC and the reasons for alleging infringement are set forth in the charts attached to the TUIC.

5.      Plaintiff will serve a corrected version of the TUIC by November 17, which will become the operative contentions, which revises the following product version numbers in the

1

captioned cover pleading and in the charts as follows (revisions in bold) but makes no other

changes to the version served on November 9:

- LoadRunner Enterprise (formerly Performance Center): 12.0 through 2020 SP2-

  SP3

- LoadRunner Professional (formerly LoadRunner): 12.0 - 2020 SP2 through SP3

- LoadRunner Cloud (formerly StormRunner Load): 1.2 through 2020.07

- Application Lifecycle Management/Quality Center (ALM/QC): 12.20 through

  15.0.1

Dated:  November 16, 2020

/s/ *Robert F. Kramer*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@feinday.com
M. Elizabeth Day
CA Bar No. 177125 (Admitted E.D.Texas)
eday@feinday.com
David Alberti
CA Bar No. 220625 (*pro hac vice*)
dalberti@feinday.com
Sal Lim
CA Bar No. 211836 (*pro hac vice*)
slim@feinday.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@feinday.com
Marc C. Belloli
CA Bar No. 244290 (*pro hac vice*)
mbelloli@feinday.com
Sven Raz
CA Bar No. 222262 (*pro hac vice*)
sraz@feinday.com
Andrew Hamill (Admitted E.D. Texas)
CA Bar No. 251156
ahamill@feinday.com
Robert Y. Xie Bar (*pro hac vice)*
CA Bar No. 329126

Dated:  November 16, 2020

/s/ *L. Rex Sears*
L. Rex Sears (Admitted *Pro Hac Vice*)
Utah State Bar No. 8548
Jared J. Braithwaite (Admitted *Pro Hac Vice*)
Utah State Bar No. 12455
Alexis K. Juergens (Admitted *Pro Hac Vice*)
Utah State Bar No. 16861
MASCHOFF BRENNAN
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 297-1850
Facsimile: (435) 252-1361
rsears@mabr.com
jbraithwaite@mabr.com
ajuergens@mabr.com

/s/ *Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
Bradley D. Coburn
Texas State Bar No. 24036377
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, Texas 78734-4775
Telephone: (512) 263-2165
Facsimile: (512) 263-2166

2

rxie@feinday.com
FEINBERG  DAY  KRAMER  ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Boulevard, Suite 250
Burlingame, California 94101
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Clyde M. Siebman
TX Bar No. 18341600
clydesiebman@siebman.com
Siebman, Forrest, Burg & Smith LLP
Federal Courthouse Square
300 North Travis St.
Sherman, TX 75090
908/870-0070 Fax: 903/870-0066

Deron R. Dacus
TX Bar No. 00790553
ddacus@dacusfirm.com
THE DACUS FIRM, PC
821 ESE LOOP 323, Suite 430
Tyler, TX 75701
902/705-1117 Fax: 903/581-2543

*Attorneys for Plaintiffs*

bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

Melissa Smith
GILLAM & SMITH
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
melissa@gillamsmithlaw.com

*Attorneys for Defendants*

3

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I caused the foregoing document to be served via the Court's CM/ECF system

on November 16, 2020 on all counsel of record who have consented to electronic service.

<u>/s/  Robert F. Kramer</u>