IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.,<br><br>        Plaintiffs,<br>v.<br><br>SEATTLE SPINCO, INC., ET AL.,<br><br>        Defendants. | Case No. 4:18-cv-00469-ALM<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION TO SEAL

Defendants respectfully request that the Court permit them to file the following documents under seal: (1) Motion to Exclude or Limit Testimony from Sam Malek (the "Motion") (Dkt. 305), and (2) Exhibits A-D to the Declaration of Barry Shelton in Support of Defendants' Motion to Exclude or Limit Testimony from Sam Malek ("Shelton Declaration"). Defendants' filing relies on and discloses defendants' information that is designated as confidential technical information, business operations, and financial information.

Accordingly, Defendants respectfully request that this Court grant leave to file a redacted version of the Motion and to seal in their entirety Exhibits A-D to the Shelton Declaration.

Dated: January 12, 2021

Respectfully submitted,

By: */s/ Barry K. Shelton*
L. Rex Sears (Admitted *Pro Hac Vice*)
Lead Attorney
Utah State Bar No. 8548
Jared J. Braithwaite (Admitted *Pro Hac Vice*)
Utah State Bar No. 12455
Alexis K. Juergens (Admitted *Pro Hac Vice*)
Utah State Bar No. 16861
MASCHOFF BRENNAN
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 297-1850

1

Facsimile: (435) 252-1361
rsears@mabr.com
jbraithwaite@mabr.com
ajuergens@mabr.com

Barry K. Shelton
Texas State Bar No. 24055029
Bradley D. Coburn
Texas State Bar No. 24036377
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, Texas 78734-4775
Telephone: (512) 263-2165
Facsimile: (512) 263-2166
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

Melissa Smith
GILLAM & SMITH
303 S. Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
melissa@gillamsmithlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

I certify that Defendants have met and conferred with Plaintiffs regarding this Motion via electronic mail on January 12, 2021. Plaintiffs have indicated that they do not oppose this Motion.

/s/ *Barry K. Shelton*
Barry K. Shelton

**CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served via the Court's CM/ECF system on January 12, 2021 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3) or, otherwise, as required by local and federal rules.

/s/ *Barry K. Shelton*
Barry K. Shelton