# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> Plaintiffs, <br> v. <br><br> SEATTLE SPINCO, INC., ET AL., <br><br> Defendants. | Case No. 4:18-cv-00469-ALM <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF L. REX SEARS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OR LIMIT TESTIMONY FROM PLAINTIFFS' DAMAGES EXPERT, ROY WEINSTEIN

L. Rex Sears declares:

1. I am a member of the law firm MASCHOFF BRENNAN, counsel of record for defendants. I make this declaration based on my own personal knowledge, and based on records maintained by MASCHOFF BRENNAN in the ordinary course of business, to which I have access and upon which I rely in the course of performing my duties to MASCHOFF BRENNAN and its clients, including those defendants.

2. Attached as Exhibit A is a true and correct copy of Mr. Roy Weinstein's expert reports and accompanying exhibits, dated November 23, 2020 and December 16, 2020.

3. Attached as Exhibit B is a true and correct copy of excerpts of Mr. Roy Weinstein's deposition transcription, dated January 6, 2021.

4. Attached as Exhibit C is a true and correct copy of excerpts of Deposition Exhibit 185 to the deposition of Mr. Roy Weinstein, beginning with bates number MFPLC_0001228.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge and belief.

DATED: January 12, 2021        /s/ *L. Rex Sears*

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being served via the Court's CM/ECF system on January 12, 2021 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3) or, otherwise, as required by local and federal rules.

/s/ *L. Rex Sears*

## STATEMENT OF FILED MOTION TO SEAL

The undersigned certifies that an unopposed motion to seal Exhibits A, B, and C to this document has bene filed, as required by Local Rule CV-5(a)(7)(B) and CV-5(a)(7)(C).

/s/ *L. Rex Sears*