**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC., ET AL., <br><br> Defendants. | Case No. 4:18-cv-00469-ALM <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE OR LIMIT TESTIMONY FROM PLAINTIFFS' DAMAGES EXPERT, ROY WEINSTEIN**

The Court, having considered Defendants' Motion to Exclude or Limit Testimony from Plaintiffs' Damages Expert, Roy Weinstein (the "Motion"), and the arguments and submissions of the parties in connection therewith, GRANTS the Motion.

IT IS HEREBY ORDERED that the testimony of Plaintiffs' Damages expert Roy Weinstein, under Federal Rules of Evidence 402, 403, 702, and 802, is hereby excluded.