# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC. et al., <br><br> Defendant. | Civil Action No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED <br><br> **FILED UNDER SEAL** |

### DECLARATION OF ROBERT F. KRAMER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE OR LIMIT TESTIMONY FROM PLAINTIFFS' DAMAGES EXPERT, ROY WEINSTEIN

1. I am a partner of the law firm Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP ("Feinberg Day"), counsel of record for plaintiffs. I make this declaration based on my own personal knowledge, and based on records maintained by Feinberg Day in the ordinary course of business, to which I have access and upon which I rely in the course of performing my duties to Feinberg Day and its clients, including plaintiffs Wapp Tech Limited Partnership, and Wapp Tech Corp. (collectively, "Wapp" or "plaintiffs").

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Sam Malek Relating to Infringement of U.S. Patent Nos. 8,924,192, 9,971,678, and 9,298,864, dated November 23, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of selected pages from the November 16, 2020, deposition of Maayan Rubenstein.

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendants' Second Amended Mandatory Disclosures, dated May 26, 2020.

1

5.  Attached hereto as Exhibit 4 is a true and correct copy of the Updated Expert Report and exhibits of Roy Weinstein, dated December 16, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge and belief.

Dated: January 26, 2021                         */s/ Robert F. Kramer*
                                                Robert F. Kramer

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served via email on January 26, 2021, on all counsel of record who have consented to electronic service.

*/s/ Robert F. Kramer*
Robert F. Kramer
