# Exhibit 1

# **Filed Under Seal**

# Exhibit 2

# **<u>Filed Under Seal</u>**

# Exhibit 4

# **Filed Under Seal**