IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br>  Plaintiffs, <br><br>  v. <br><br> SEATTLE SPINCO, INC. ET AL., <br><br>  Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |

### [PROPOSED] ORDER RE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE OR LIMIT TESTIMONY FROM DAMAGES EXPERT ROY WEINSTEIN

After considering the Motion to Exclude or Limit Testimony from Damages Expert Roy Weinstein, the responses and replies, and arguments herein, the Court finds that the Motion should be and hereby is DENIED.