IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP \|and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC., ET AL., <br><br> Defendants. | **FILED UNDER SEAL** <br><br> C.A. No. 4:18-cv-00469-ALM <br><br> **JURY TRIAL DEMANDED** |

**WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.'S OPPOSTION TO DEFENDANTS' MOTION TO EXCLUDE OR LIMIT TESTIMONY FROM PLAINTIFFS' TECHNICAL EXPERT, DR. SAM MALEK [DKT. 305]**

DOCUMENT SUBJECT TO MOTION TO SEAL (DKT. #332)

i