IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC., ET AL., <br><br> Defendants. | Civil Action No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' UNOPPOSED MOTION TO SEAL

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively, "Plaintiffs" or "Wapp") respectfully request that the Court permit them to file Exhibits E and F to the Declaration of Robert F. Kramer ("Kramer Declaration") in Support of Plaintiffs' Opposition to Defendants' Motion for Leave to Supplement Invalidity Contentions.  Wapp's filing relies on and discloses confidential information designated and produced by defendants Seattle SpinCo Inc., EntIT Software LLC, Entco Interactive (Israel) Ltd., Entco Government Software LLC, and Micro Focus (US) Inc. concerning their confidential technical information and business operations.

Accordingly, Wapp respectfully requests that this Court grant leave to seal in their entirety Exhibits E and F to the Kramer Declaration in Support of Plaintiffs' Opposition to Defendants' Motion for Leave to Supplement Invalidity Contentions.

Dated: January 28, 2021

/s/ Clyde M. Siebman
Clyde M. Siebman

Clyde M. Siebman
TX Bar No. 18341600
clydesiebman@siebman.com

1

**Siebman, Forrest, Burg & Smith LLP**
Federal Courthouse Square
300 North Travis St.
Sherman, TX 75090
908/870-0070 Fax: 903/870-0066

Deron R. Dacus
TX Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE LOOP 323, Suite 430
Tyler, TX 75701
902/705-1117 Fax: 903/581-2543

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@feinday.com
M. Elizabeth Day
CA Bar No. 177125 (Admitted E.D. Texas)
eday@feinday.com
David Alberti
CA Bar No. 220625 (*pro hac vice*)
dalberti@feinday.com
Sal Lim
CA Bar No. 211836 (*pro hac vice*)
slim@feinday.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@feinday.com
Marc C. Belloli
CA Bar No. 244290 (*pro hac vice*)
mbelloli@feinday.com
Sven Raz
CA Bar No. 222262 (*pro hac vice*)
sraz@feinday.com
Andrew Hamill
CA Bar No. 251156 (Admitted E.D. Texas)
ahamill@feinday.com
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Boulevard, Suite 250
Burlingame, California 94101
Telephone: (650) 514-2747
Facsimile: (650) 618-4368

**ATTORNEYS FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being served via the Court's CM/ECF system on January 28, 2021 on all counsel of record who have consented to electronic service.

/s/ Clyde M. Siebman

## CERTIFICATE OF CONFERENCE

I certify that Plaintiffs have met and conferred with Defendants regarding this Motion via electronic mail on January 27-28, 2021. Defendants have indicated that they do not oppose this Motion.

/s/ Clyde M. Siebman