# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br>　　　　　　　　　Plaintiffs, <br><br>　v. <br><br>SEATTLE SPINCO, INC. ET AL., <br><br>　　　　　　　　　Defendants. | Civil Action No. 4:18-cv-00469-ALM <br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEAL

　　　Before the Court is Plaintiffs' Unopposed Motion to Seal Exhibits E and F to the Declaration of Robert F. Kramer ("Kramer Declaration") in Support of Plaintiffs' Opposition to Defendants' Motion for Leave to Supplement Invalidity Contentions.

　　　After considering the Motion and the relief requested herein, the Court finds that the Motion should be and hereby is **GRANTED**.