# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC., ET AL., <br><br> Defendants. | **Civil Action No. 4:18-cv-00469-ALM** |

## WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.'S

## TRIAL WITNESS LIST

1. Donovan Poulin

2. Dr. Sam Malek

3. Dr. Roy Weinstein

## REBUTTAL WITNESS LIST

1. Dr. Sam Malek

2. Dr. Roy Weinstein