IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE SPINCO, INC., ET AL.,<br><br>Defendants. | **Civil Action No. 4:18-cv-00469-ALM** |

**MICRO FOCUS DEFENDANTS' TRIAL WITNESS LIST**

| No. | Witness* |
|---|---|
| 1 | Mike Staten |
| 2 | Archie Roboostoff |
| 3 | Christine Ewing (by video) |
| 4 | Eran Bachar (by video) |
| 5 | Dr. Matthew Shoemake |
| 6 | Dr. Daniel van der Weide |
| 7 | Clarke Nelson |