IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> Plaintiffs, <br> v. <br><br> SEATTLE SPINCO, INC., ET AL., <br><br> Defendants. | Case No. 4:18-cv-00469-ALM |

*AE 3/5/21*
*ACA 3/5/21*

**DEFENDANTS' TRIAL EXHIBIT LIST**

| No. | Admitted | Description | Bates Range |
|---|---|---|---|
| D0082 | 3/3/2021 | Performance Engineering Pricing Changes Q12018 | MFDEFS00029988 - MFDEFS00030000 |
| D0088 | 3/3/2021 | NV FAQ | MFDEFS00167082 - MFDEFS00167083 |
| D0123 | 3/2/2021 | LoadRunner Enterprise Data Sheet | MFDEFS00003742 - MFDEFS00003746 |
| D0124 | 3/2/2021 | LoadRunner Professional Data Sheet | MFDEFS00003853 - MFDEFS00003856 |
| D0129 | 3/4/2021 | Welcome to UFT Mobile | MFDEFS00028946 - MFDEFS00029951 |
| D0133 | 3/2/2021 | Micro Focus Performance Testing Solutions | MFDEFS00167429 - MFDEFS00167437 |
| D0154 | 3/2/2021 | The Total Impact of Micro Focus Continuous Solutions (Roboostoff Depo. Ex. 102) | |
| D0156 | 3/4/2021 | U.S. Patent Application Publication No. 2003/0156549 (Binder) | DEF006418 - DEF006428 |
| D0160 | 3/2/2021 | LR 12.56 and 12.57 User Guide | MFDEFS00003943 - MFDEFS00005498 |
| D0193 | 3/2/2021 | May-June 2005 communications with Macromedia | WAPP0009657-WAPP0009664 |
| D0202 | 3/4/2021 | Sun Microsystems User's Guide – Wireless Toolkit, Version 2.1 Java 2 Platform, Micro Edition | DEF005413 - DEF005534 |

1

| | | | |
|---|---|---|---|
| D0211 | 3/4/2021 | Micro Focus Data Sheet - UFT Mobile | |
| D0225 | 3/3/2021 | What's New With Loadrunner And Performance Center 12.60 | MFDEFS00006428 - MFDEFS00006457 |
| D0249 | 3/2/2021 | Loadrunner Cloud Licenses | MFDEFS00286000 - MFDEFS00286007 |
| D0251 | 3/2/2021 | Loadrunner And Performance Center Ds | MFDEFS00286010 - MFDEFS00286011 |
| D0255 | 3/4/2021 | LoadRunner Professional Data Sheet | MFDEFS00292403 – MFDEFS00292406 |
| D0256 | 3/2/2021 | LoadRunner Enterprise Data Sheet | MFDEFS00292407 – MFDEFS00292410 |