# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,**<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br><br><br>**SEATTLE SPINCO, INC., ET AL.,**<br><br>　　　　　　Defendants. | Civil Action No. 4:18-CV-00469-ALM |

## PLAINTIFF'S TRIAL EXHIBIT LIST

*Wapp Tech Limited Partnership and Wapp Tech Corp. v. Seattle Spinco Corp., et al.,*
Case No. 4:18-cv-00469-ALM

| PX No. | Link/Filename *(PC ONLY)* | DESCRIPTION | BATES RANGE | ADMITTED |
|---|---|---|---|---|
| PX 001 | PX 001.pdf | U.S. Patent No. 9,298,864 | WAPP0015798-835 | 3/2/2021 |
| PX 002 | PX 002.pdf | U.S. Patent No. 9,971,678 | WAPP0015836-860 | 3/2/2021 |
| PX 003 | PX 003.pdf | U.S. Patent No. 8,924,192 | WAPP0015395-419 | 3/2/2021 |
| PX 011 (native) | PX 011.swf | FIFA World Cup App.swf | WAPP0000001 | 3/2/2021 |
| PX 012 (native) | PX 012.swf | Champions_Live.swf | WAPP0000002 | 3/2/2021 |
| PX 023 (native) | PX 023.swf | September 15, 2004, "cpu test.swf" | WAPP0009531 | 3/2/2021 |
| PX 024 (native) | PX 024.swf | Mobile Application for Premier League Live, Premier.swf | WAPP0009556 | 3/2/2021 |
| PX 026 | PX 026.pdf | 2020-09-24 Defendants' Second Amended Response to Wapp's First Interrogatories (Nos. 1-10) | n/a | 3/2/2021 |
| PX 029 | PX 029.pdf | 2020-12-07 Defendants" Response to Wapp's Third Set of Interrogatories (Nos. 15-21) | n/a | 3/2/2021 |
| PX 031 | PX 031.pdf | Screenshots from Video Testing of LoadRunner Pro | WAPP0015864 - WAPP0016693 | 3/2/2021 |
| PX 033 | PX 033.pdf | Screenshots from Video Testing of LoadRunner Enterprise | WAPP0016695 - WAPP0017132 | 3/2/2021 |
| PX 034 (native) | PX 034.mp4 | Dr. Malek Video Test of Loadrunner Plus Mobile Center | WAPP0017491 | 3/2/2021 |
| PX 035 | PX 035.pdf | Screenshots from Video Testing of LoadRunner Plus Mobile Center | WAPP0017492-861 | 3/2/2021 |
| PX 037 | PX 037.pdf | HP Network Virtualization Data Sheet (2014) | BOA00011875-878 | 3/2/2021 |
| PX 040 | PX 040.pdf | LoadRunner v. 12.50 User Guide (2015) | MFDEFS00000039-1809 | 3/2/2021 |
| PX 048 | PX 048.pdf | Performance Center User Guide v. 12.56 (2016) | MFDEFS00003131-636 | 3/2/2021 |
| PX 051 | PX 051.pdf | HPE Loadrunner and Performance Center Software data sheet v. 12 (2015) | MFDEFS00003670-673 | 3/2/2021 |
| PX 052 | PX 052.pdf | LoadRunner Enterprise Data Sheet | MFDEFS00003742-746 | 3/2/2021 |
| PX 055 | PX 055.pdf | LoadRunner Professional data sheet (2019) | MFDEFS00003853-856 | 3/2/2021 |
| PX 056 | PX 056.pdf | LoadRunner User Guide (2018) | MFDEFS00003943-5498 | 3/2/2021 |
| PX 059 | PX 059.pdf | LoadRunner Professional 2020 What's New | MFDEFS00006130-131 | 3/2/2021 |
| PX 063 | PX 063.pdf | Network Virtualization Integration Slide | MFDEFS00006326 | 3/2/2021 |
| PX 067 | PX 067.pdf | Micro Focus T-Mobile Case Study | MFDEFS00006397-398 | 3/2/2021 |
| PX 074 | PX 074.pdf | Mobile Center (UFT Mobile) What's New Page | MFDEFS00006509-510 | 3/2/2021 |
| PX 081 | PX 081.pdf | Network Virtualization Secret Sauce (2017) | MFDEFS00006594-621 | 3/2/2021 |
| PX 082 | PX 082.pdf | Network Virtualization data sheet (2019) | MFDEFS00006649-652 | 3/2/2021 |
| PX 083 | PX 083.pdf | Micro Focus Customer Success Story, Alfa-Bank | MFDEFS00006666-668 | 3/4/2021 |
| PX 085 | PX 085.pdf | Micro Focus Customer Success Story, JetBlue Airways | MFDEFS00006682-683 | 3/2/2021 |
| PX 089 | PX 089.pdf | LoadRunner Cloud Data Sheet | MFDEFS00007043-046 | 3/2/2021 |
| PX 123 | PX 123.pdf | HPE ADM QBR to EVP Q1FY17 Results and Q2 Outlook | MFDEFS00152657-716 | 3/2/2021 |
| PX 150 (native) | PX 150.xlsx | Micro Focus Revenues Spreadsheet, FY2012-FY2020 | MFDEFS00169007 | 3/2/2021 |
| PX 152 | PX 152.pdf | Micro Focus – Bank of America UFT Engagement Summary | MFDEFS00169503-539 | 3/2/2021 |
| PX 154 | PX 154.pdf | HPE StormRunner Load | MFDEFS00169611-638 | 3/4/2021 |
| PX 162 | PX 162.pdf | Emulation Controller Source Code File | MFDEFSRC0081-091 | 3/2/2021 |

| PX 164 | [PX 164.pdf](PX 164.pdf) | gl Controller Source Code File | MFDEFSRC0101-105 | 3/2/2021 |
|---|---|---|---|---|
| PX 165 | [PX 165.pdf](PX 165.pdf) | Profile Source Code File | MFDEFSRC0166-173 | 3/2/2021 |
| PX 166 | [PX 166.pdf](PX 166.pdf) | NV Rest Wrapper Source Code File | MFDEFSRC0209-215 | 3/2/2021 |
| PX 168 | [PX 168.pdf](PX 168.pdf) | NV API Source Code File | MFDEFSRC0359-365 | 3/2/2021 |
| PX 169 | [PX 169.pdf](PX 169.pdf) | Project Seattle Financial Due Diligence | MFPLC_0001228-396 | 3/3/2021 |
| PX 261 | [PX 261.pdf](PX 261.pdf) | Network emulations | WAPP0017919-920 | 3/2/2021 |
| PX 273 | [PX 273.pdf](PX 273.pdf) | Test mobile apps in LoadRunner Cloud | WAPP0017952 | 3/2/2021 |
| PX 294 | [PX 294.pdf](PX 294.pdf) | Scripts | WAPP0018012-023 | 3/2/2021 |
| PX 296 | [PX 296.pdf](PX 296.pdf) | View results | WAPP0018026-028 | 3/2/2021 |
| PX 321 | [PX 321.pdf](PX 321.pdf) | Exhibit (Hewlett Packard White Paper - Three Key Objectives for Mobile Testing) | WAPP0018177 | 3/2/2021 |
| PX 323 | [PX 323.pdf](PX 323.pdf) | Exhibit (Micro Focus T-Mobile Case Study) | WAPP0018180-181 | 3/4/2021 |
| PX 324 | [PX 324.pdf](PX 324.pdf) | Install and configure Network Virtualization | WAPP0018188-192 | 3/4/2021 |
| PX 338 | [PX 338.pdf](PX 338.pdf) | Comscore 2019 Report Global State of Mobile | WAPP0018238-290 | 3/2/2021 |
| PX 342 | [PX 342.pdf](PX 342.pdf) | HP LoadRunner User Guide, v. 12.0 | WAPP0018306-20048 | 3/2/2021 |
| PX 353 | [PX 353.pdf](PX 353.pdf) | Les Nouvelles Article Deposition Exhibit 183 (Weinstein) | WAPP0021012-014 | 3/3/2021 |
| PX 363 | [PX 363.pdf](PX 363.pdf) | U.S. Patent Application 14/374,785 File History | WAPP0023252-576 | 3/5/2021 |
| PX 371 | [PX 371.pdf](PX 371.pdf) | DOMContentLoaded Event Duration graph.pdf | WAPP0024212 | 3/2/2021 |
| PX 373 | [PX 373.pdf](PX 373.pdf) | Page Load Event Duration graph | WAPP0024220 | 3/2/2021 |
| PX 403 | [PX 403.pdf](PX 403.pdf) | Micro Focus Annual Report and Accounts 2018 Deposition Exhibit 18 | | 3/3/2021 |
| PX 406 | [PX 406.pdf](PX 406.pdf) | HP Network Virtualization for Mobile Datasheet Deposition Exhibit 69 (Roboostoff) | | 3/4/2021 |
| PX 464 | [PX 464.pdf](PX 464.pdf) | LoadRunner Enterprise Data Sheet, 2020 | WAPP0015373-376 | 3/2/2021 |
| PX 465 | [PX 465.pdf](PX 465.pdf) | DOM Interactive Graph (https://admhelp.microfocus.com/lr/en/2020_SP2-SP3/help/WebHelp/Content/Controller/ui_tc_dom_interactive.htm) | WAPP0024482 | 3/2/2021 |
| PX 466 | [PX 466.pdf](PX 466.pdf) | LoadRunner Professional and LoadRunner Enterprise 2021 License Bundles Product Flyer | WAPP0024483-484 | 3/3/2021 |
| PX 467 | [PX 467.pdf](PX 467.pdf) | LoadRunner Cloud Data Sheet, 2020 | WAPP0015734-737 | 3/2/2021 |