IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP \|and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC. ET AL., <br><br> Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING IN PART DEFENDANTS' UNOPPOSED MOTION FOR LEAVE FOR EXTENSION OF TIME

Pending before the Court is Defendants' Unopposed Motion for Leave for Extension of Time (Dkt. #513). Having considered the Motion, the Court finds that the Motion should be and hereby is **GRANTED IN PART.**

The deadlines are extended as follows:

- Defendants' Reply in Support of Combined Judgment as a Matter of Law: **July 13, 2021**

- Defendants' Sur-Reply to Motion for an Award of Prejudgment and Post-Judgment Interest: **July 6, 2021**

- Plaintiff's Sur-Reply to Combined Judgment as a Matter of Law: **July 20, 2021**

- Expiration of automatic stay of execution on the judgment and date for bond: **July 21, 2021**

**SIGNED this 1st day of July, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE